UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC 2 8 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES OF AMERICA,

　　　　　　　　Plaintiff,

　　vs.

LEONEL MERAZ-FARIAS,

　　　　　　　　Defendant.

CASE NO. 11CR4656-IEG

**JUDGMENT OF DISMISSAL**

　　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Information:

18USC1544 - MISUSE OF PASSPORT

　　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: DECEMBER 28, 2011

_____
Louisa S Porter
U.S. Magistrate Judge